## STATE OF CONNECTICUT *v.* CURTIS SMITH
## (AC 21373)

Lavery, C. J., and Schaller and West, Js.

Argued October 23—officially released November 19, 2002

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* LARRY SMITH
## (AC 22459)

Schaller, West and Hennessy, Js.

Argued October 30—officially released November 19, 2002

Per Curiam. The judgment is affirmed.

## HANNA BELSKA *v.* KRZYSZTOF BELSKI
## (AC 21937)

Mihalakos, Dranginis and West, Js.

Submitted on briefs October 31—officially released November 19, 2002

Per Curiam. The judgment is affirmed.